Court Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JACOB CARTER

         Defendant(s).

------------------------------------------------------X

Defendant JACOB CARTER hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____    _John S. Wallenstein_

Defendant's Signature        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JACOB CARTER        JOHN S. WALLENSTEIN, ESQ.

This proceeding was conducted by reliable video or telephone conferencing technology.

10/21/2021         _Andrew C. McCarthy_

Date            U.S. District Judge/U.S. Magistrate
Judge