**LAW OFFICES**
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

October 22, 2021

**BY ECF**

Hon. ~~Judith C. McCarthy~~ Davison
United States Magistrate Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

> Re:   **United States v. Jacob Carter**
>       **Docket # 21 mj 9734**

Dear Judge ~~McCarthy~~ Davison;

I write to respectfully request a modification of the travel restrictions the Court imposed on Mr. Carter during yesterday's presentment. My client called after the appearance, to advise that he had forgotten to request permission for the travel detailed below.

Mr. Carter resides in Capitol Heights, Maryland, which is literally down the street from Washington, D.C. He and his fiancée often travel into Virginia to shop for groceries and other items. The Court is no doubt aware of the geography of the capital district, and the fact that local residents freely travel through and around the District of Columbia for everyday errands.

I therefore respectfully request that his travel restrictions be expanded to include travel within the District of Columbia and the Eastern District of Virginia. I have conferred with AUSA Jeffrey Coffman, and the government has no objection to this application.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

10-22-21